**MM File No.: 016206-10106259**
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

MARIA SAKELARIDIS,

Plaintiff,

**Docket No.: 1:24-cv-08387**

-against-

**STIPULATION OF DISCONTINUANCE**

PENSKE TRUCK LEASING CO., L.P. d/b/a PENSKE LEASING AND RENTAL COMPANY, PENSKE TRUCK LEASING CORPORATION d/b/a PENSKE LEASING AND RENTAL COMPANY, VIKINGS, LLC, AAA FREIGHT SERVICES, INC., AAA FREIGHT, INC., and ALEKSANDAR PETROVIC,

Defendants.

-----------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed, and whereas no person not a party has an interest in the subject matter of the action, that the above-entitled action be discontinued with prejudice against PENSKE TRUCK LEASING CO., L.P. d/b/a PENSKE LEASING AND RENTAL COMPANY, PENSKE TRUCK LEASING CORPORATION d/b/a PENSKE LEASING AND RENTAL COMPANY, VIKINGS, LLC, AAA FREIGHT SERVICES, INC., AAA FREIGHT, INC., and ALEKSANDAR PETROVIC.

**IT IS FURTHER STIPULATED AND AGREED** that the signatures of counsel obtained by facsimile shall be deemed original. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
September 23, 2025

Sacco & Fillas, LLP

By: ______________________
Phillip Reid, Esq.
Attorney for Plaintiff
32 Broadway, Suite 1818
New York, NY 10004

Morrison Mahoney LLP

By: Felice Cotignola
Felice J. Cotignola, Esq.
Attorney for Defendants
88 Pine Street, Suite 1900
New York, NY 10005